CARL F. SCHOVERLING and JULIUS RAFFELT, Respondents, *v.* JULIAN J. RUBEN and JULIUS BIEN, JR., Impleaded, Appellants.

SAMUEL L. JOHNS, Respondent, *v.* SAME, Appellants.

JOSEPH HIRSCH, Respondent, *v.* SAME, Appellants.

*Schoverling* v. *Ruben; Johns* v. *Ruben; Hirsch* v. *Ruben,* 33 App. Div. 640, appeals dismissed.
(Argued February 27, 1899; decided March 7, 1899.)

MOTIONS to dismiss appeals in each of the above-entitled cases from judgments of the Appellate Division of the Supreme Court in the first judicial department, entered November 12, 1898, affirming judgments entered upon a decision of the court sustaining plaintiffs' demurrers to the defendants' answers on trial at Special Term.

The motions were made upon the ground that the judgments are not appealable to the Court of Appeals.

*D. M. Porter* for motions.

*Franklin Bien* opposed.

Appeals dismissed, with costs.